JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4820
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL WHITTINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-00272-JPR<br>JUDGMENT OF REMAND |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  September 14, 2021

                                            _____
                                            HON. JEAN P. ROSENBLUTH
                                            UNITED STATES MAGISTRATE JUDGE